**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-6547**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CHARLES M. RUSSELL,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, Chief District
Judge. (8:98-cr-00483-DKC-1)

———————

Submitted: September 16, 2010          Decided: October 6, 2010

———————

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles M. Russell, Appellant Pro Se. Rod J. Rosenstein, United
States Attorney, Baltimore, Maryland; Gina Simms, Assistant
United States Attorney, Greenbelt, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles M. Russell appeals the district court's order denying a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Russell</u>, No. 8:98-cr-00483-DKC-1 (D. Md. Mar. 29, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>